# Court of Appeals
# of the State of Georgia

ATLANTA, April 13, 2018

*The Court of Appeals hereby passes the following order:*

## A18A1182.  ROWE v. ROWE.

The trial court's judgment being supported by evidence of record, this appeal is hereby dismissed as improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 04/13/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*